IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DISTRICT

**FREDDIE HARVELL**                                                                                       **PLAINTIFF**

**v.**                                         **2:10CV000123-WRW**

**PHILLIPS COUNTY, ARKANSAS**
**SHERIFF'S DEPARTMENT,** *et al.*                                                           **DEFENDANTS**

### ORDER

Pending is a Motion to Dismiss Phillips County Sheriff's Department as a defendant in this case (Doc. No. 3).  Because Phillips County Sheriff's Department is not a legal entity subject to suit,[1] the motion is GRANTED.  Phillips County Sheriff's Department is DISMISSED; however, the Clerk of the Court is directed to change the docket sheet to reflect that "Phillips County, Arkansas" is a defendant in this case.[2]

IT IS SO ORDERED this 2nd day of November, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992) (holding that police and sheriff's departments are not usually considered legal entities subject to suit).

[2] *See* Fed. R. Civ. P. 21.