**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**FREDDIE HARVELL**                                                                        **PLAINTIFF**

**v.**                                          **2:10CV00123-BRW**

**RONNIE WHITE, individually and in his
official capacity as Sheriff of Phillips County,
Arkansas, *et al.***                                                                        **DEFENDANTS**

<u>**ORDER**</u>

Defendants' Motion Withdraw (Doc. No. 17) their Motion to Compel is GRANTED, and

the Motion to Compel (Doc. No. 13) is therefore DENIED as MOOT.

IT IS SO ORDERED this 25th day of January, 2011.


                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE