**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**FREDDIE HARVELL**                                                              **PLAINTIFF**

**v.**                                          **2:10CV00123-BRW**

**RONNIE WHITE, Individually and**                                                    **T**
**in His Capacity as Sheriff of Phillips**
**County, Arkansas,** *et al.*                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order entered today, summary judgment is granted in favor of

Defendants.

IT IS SO ADJUDGED this 23rd day of August, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE